Before US District court of Northern District of West Virginia

Health care Justice etal )
    plaintiffs )
             ) Case No. 18-cv-125
v. )
Huntington Bank etal )
    Defendants )

FILED
DEC 17 2018
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

[MOTION TO DISMISS case No 18CV125 without prejudice]

Comes, NOW, Plaintiffs Health care Justice etal, by Nabil G. Guirguis MD, and inform the Honorable court that due to involuntarily and strenous circumstances, Plaintiffs pray the Honorable court Order case No. 18-CV-125 to be Dismissed [WITHOUT] prejudice.

Whereby:
Plaintiffs pray the Honorable court GRANT an Order to dismiss case No. 18-cv-125 [without] prejudice & any other relief the court may find necessary and reasonable.

by _____Nabil_____
Health care Justice etal
Nabil G. Guirguis MD
plaintiffs
3 NOV 2018
- certified Mail w proof -

Before US District Court of Northern District of West Virginia

Health care Justice et al )
    Plaintiffs )
V. ) Case No. 18-CV-125
Huntington Bank et al )
    Defendants )

[ Certificate of service ]

I, Nabil G. Guirguis MD, certify Herein that this motion will be served upon the Defendants once I am released from the North central Jail and have access to the Faxes and mail addresses of the Defendants.

by _____Nabil Guirguis_____

Health Care Justice et al
Nabil G. Guirguis MD
Plaintiffs
3 NOV. 2018
- Certified Mail with proof -